NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**RUSSELL L. BAILEY,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS
AFFAIRS,**
*Respondent-Appellee.*

_____

2013-7052

_____

Appeal from the United States Court of Appeals for
Veterans Claims in case no. 10-0465, Judge Lawrence B.
Hagel.

_____

**ON MOTION**

_____

**O R D E R**

Russell L. Bailey moves for leave to proceed in forma
pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

RUSSELL BAILEY v. SHINSEKI 2

The motion is denied. The docketing fee must be paid within 14 days from the filing of this order.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s24